STATE of Missouri, Respondent,

v.

Michael L. SUMMERS, Appellant.

No. WD 36161.

Missouri Court of Appeals,
Western District.

April 30, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 2, 1985.

Application to Transfer Denied
Aug. 7, 1985.

James W. Fletcher, Public Defender,
David S. Durbin, Asst. Public Defender,
Kansas City, for appellant.

William L. Webster, Atty. Gen., Leah A.
Murry, Asst. Atty. Gen., Jefferson City, for
respondent.

Before TURNAGE, C.J., and SOMER-
VILLE and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury convic-
tion for armed robbery, first degree, in
violation of § 569.020, RSMo 1978 and arm-
ed criminal action, in violation of § 571.-
015.1, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Joe JACKSON, Appellant.

No. WD 36118.

Missouri Court of Appeals,
Western District.

April 30, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 2, 1985.

Application to Transfer Denied
Aug. 7, 1985.

Vance C. Preman, Kansas City, for ap-
pellant.

William L. Webster, Atty. Gen., Mark A.
Richardson, Asst. Atty. Gen., Jefferson
City, for respondent.

Before TURNAGE, C.J., and MANFORD
and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury convic-
tion for murder, second degree, in violation
of § 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).